# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 4, 2014

Robert P. Young, Jr.,
Chief Justice

147483(75)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

GERARDO LORENZO TIENDA and SILVIA LOPEZ GOMEZ,
        Plaintiffs-Appellees,

v

                        SC: 147483
                        COA: 306050
                        Allegan CC: 10-046088-NF

INTEGON NATIONAL INSURANCE COMPANY, a/k/a GMAC INSURANCE COMPANY,
        Defendant-Appellee,
and

TITAN INSURANCE COMPANY,
        Intervening Defendant-Appellant.
_____/

        On order of the Chief Justice, the motion of defendant-appellee Integon National Insurance Company to extend the time to file its supplemental brief on appeal is GRANTED. The supplemental brief submitted on April 4, 2014 is accepted for filing.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 4, 2014 _____